**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher ALEXANDER, Defendant–Appellant.**

**No. 04–10912. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 21, 2005.

Delonia Anita Watson, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Christopher Alexander, Florence, CO, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Christopher Alexander, federal prisoner # 25906–177, appeals from the district court's denial of his motion for a new trial, pursuant to FED.R.CRIM.P. 33(a), based upon newly discovered evidence. Alexander failed to meet the standards warranting a new trial based upon newly discovered evidence. *See United States v. Bowler,* 252 F.3d 741, 747 (5th Cir.2001). Accord-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ingly, the district court's judgment is AFFIRMED.